UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MCGUIRE,

        Plaintiff,

vs.

        Case No.10-cv-10553
        HON. GEORGE CARAM STEEH

STATE OF MICHIGAN DEPARTMENT OF
COMMUNITY MENTAL HEALTH, *et al.,*

        Defendants.

_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the Order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants and against plaintiff as to plaintiff's Fourteenth Amendment claims brought pursuant to 42 U.S.C. § 1983 only.

SO ORDERED.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
            DEPUTY COURT CLERK

Dated: March 22, 2012